IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY L. TURNER,<br><br>    Plaintiff,<br><br>  v.<br><br>AURORA LOAN SERVICES LLC, and any and all persons unknown, claiming any legal right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>                                                 / | No. C 10-02409 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

        Defendants moved to dismiss this predatory lending action on June 8, 2010, for a hearing noticed on August 5. The motion and notice of the hearing date were both served on *pro se* plaintiff Dorothy L. Turner via Federal Express overnight delivery (Dkt. Nos. 5, 13). Under the 35-day briefing schedule set forth in Civil Local Rule 7-3, plaintiff was supposed to file an opposition brief to defendants' motion to dismiss by July 15. No opposition brief has been filed. Due to this failure, the hearing on this motion scheduled for August 5 is **VACATED**.

        Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. A written response to this order — in which plaintiff must explain why she has not filed a timely opposition brief and set forth reasons why defendants' motion should not be granted — must be received by the Court no later than **AUGUST 5**. Plaintiff is warned that failure to

respond to this order by the deadline will likely result in the immediate dismissal of her case.

If plaintiff files an opposition brief and provides an adequate explanation for her untimely filing, a new hearing date may be scheduled if necessary. Otherwise, the motion will be resolved on the papers.

**IT IS SO ORDERED.**

Dated: July 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE